IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Eric Thompson, :
:
    Plaintiff(s), :
: Case Number: 1:12cv992
  vs. :
: Chief Judge Susan J. Dlott
Jason Joseph, :
:
    Defendant(s). :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on April 29, 2014 (Doc. 25), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired May 16, 2014, hereby ADOPTS said Report and Recommendation.

Accordingly, defendants motion for summary judgment (Doc. 21) is **GRANTED.** This case is hereby **TERMINATED** from the docket.

IT IS SO ORDERED.

                                                                                         ___s/Susan J. Dlott_____
                                                                                         Chief Judge Susan J. Dlott
                                                                                        United States District Court